No. 74–483.  O'CALLAGHAN ET AL. *v.* SHELDON ET AL.; and

No. 74–541.  SHELDON ET AL. *v.* O'CALLAGHAN ET AL. C. A. 2d Cir.  Certiorari denied.  Reported below: 497 F. 2d 1276.

No. 74–502.  SMART *v.* JONES ET AL.  C. A. 5th Cir. Certiorari denied.

No. 74–505.  BALDWIN ET AL. *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 74–527.  CHILDREN'S REHABILITATION CENTER, INC. *v.* SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL No. 227, AFL–CIO.  C. A. 3d Cir.  Certiorari denied.

No. 74–531.  PATTON ET AL., TRUSTEES *v.* RAILWAY LABOR EXECUTIVES' ASSN. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 74–553.  GOODYEAR *v.* GATES RUBBER Co.  C. A. 10th Cir.  Certiorari denied.

No. 74–5052.  McMANUS *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 74–5118.  HILL *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 74–5123.  NUNEZ-VILLALOBOS *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 74–5157.  MEYERS *v.* VENABLE ET AL.  C. A. 9th Cir.  Certiorari denied.